Louis E. Kempinsky (State Bar No. 90068)
lkempinsky@pwkllp.com
John C. Keith (State Bar No. 252160)
*jkeith@pwkllp.com*
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

Attorneys for FCC, LLC
d/b/a First Capital Western Region, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CENTERSTONE DIAMONDS, INC.,<br><br>　　　　Debtor.<br>*Jointly Administered with*<br><br>In re MICHAEL BEAUDRY, INC.,<br><br>　　　　Debtor.<br><br>☐ *Applies only to Centerstone Diamonds, Inc.*<br>☐ *Applies only to Michael Beaudry, Inc.*<br><br>CENTERSTONE DIAMONDS, INC. and MICHAEL BEAUDRY, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FCC, LLC, a Florida limited liability company dba FIRST CAPITAL WESTERN REGION, LLC,<br><br>　　　　Defendant. | Case No. 2:09-bk-23944-VZ<br><br>Chapter 11<br>(Jointly Administered With 2:09-bk-23945-VZ)<br><br>Adv No. 2:10-ap-01345-VZ<br><br>**STIPULATION CONTINUING HEARING ON MOTION FOR A PRELIMINARY INJUNCTION AND EXTENDING DEADLINE TO RESPOND TO ADVERSARY COMPLAINT**<br><br>Date:　　April 27, 2010<br>Time:　　11:00 a.m.<br>Place:　　Courtroom 1368 |

      Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry Inc. ("MBI"), the debtors and debtors in possession herein in these jointly administered bankruptcy cases (collectively, the "Debtor") and FCC, LCC ("FCC" or the "Secured Creditor"), by and through their respective attorneys, hereby submit this Stipulation Continuing Hearing On Motion For Preliminary Injunction And Extending Deadline To Respond To Adversary Complaint, with reference to the following facts:

      1.    FCC and the Debtor are parties to that certain Factoring and Inventory and Advances and Security Agreement dated as of May 2, 2007 ("Factoring Agreement") and various other documents related to the Factoring Agreement (collectively "Factoring Facility").

      2.    On or about May 26, 2009, FCC filed a complaint (the "State Court Complaint") against, among others, MBI, CDI, MGB 8th Street, L.P. ("MGB"), Michael Beaudry ("M. Beaudry") and Laura Beaudry ("L. Beaudry", together with MGB and M. Beaudry, the "Related Parties) in the Superior Court of the State of California, County of Los Angeles (the "State Court"), Case No. BC 413687 (the "State Court Action"), alleging the following causes of action: (1) Breach of Factoring Agreement against MBI and CDI; (2) Breach of Continuing Guaranties against M. Beaudry and MGB; (3) Judicial Foreclosure on Real Property and Deficiency Judgment against, among other defendants, MBI, CDI, M. Beaudry and MGB; (4) Recovery of Specific Personal Property against MBI and CDI; (5) Injunctive Relief against MBI and CDI; and (6) two causes of Action of Avoidance of Fraudulent Transfer against L. Beaudry.

      3.    On or about June 4, 2009, the Debtor commenced this case by filing a Voluntary Petition under Chapter 11 of the Bankruptcy Code (the "Petition Date").

      4.    As a result of the automatic stay imposed by 11 U.S.C. § 362, the State Court Action is stayed against the Debtor. To date, the State Court Action remains pending against the Related Parties.

      5.    During the past several months, the Debtor and FCC have been involved in extensive, complicated, and intense negotiations to settle not only the claims in this bankruptcy case but also the claims in the State Court Action, through a comprehensive settlement agreement (the "Settlement Agreement"). However, as of March 16, 2010, the Debtor and FCC had not been able to reach a comprehensive settlement agreement. At that time, a final State Court status conference was scheduled

1 to take place on March 30, 2010 and a trial was scheduled to commence on April 7, 2010 in the State

2 Court Action with respect to the Related Parties.

3    6.    On March 16, 2010, the Debtor commenced an adversary action by filing its Complaint entitled, <u>Centerstone Diamonds, Inc. and Michael Beaudry, Inc. v FCC, LLC dba First Capital Western Region, LLC</u>, Adv No. 2:10-ap-01345-VZ (the "Complaint"). Among other things, the Complaint seeks to equitably subordinate FCC's claim against the Debtor, objects to FCC's claim, and seeks to enjoin the State Court Action. FCC's deadline to respond to the Complaint is April 15, 2010 (the "Answer Deadline"), and a status conference is scheduled for May 27, 2010 at 10:00 a.m. ("the Status Conference").

   7.    On March 16, 2010, the Debtor also filed its Motion for Preliminary Injunction Against FCC (the "Preliminary Injunction Motion"). Pursuant to the Preliminary Injunction Motion, the Debtor sought an order enjoining and restraining FCC from pursuing the State Court Action, and staying the State Court Action until the Debtor's reorganization is completed. The first-page of the Motion inadvertantly stated that the hearing date on the Motion was April 28, 2010. On March 19, 2010, the Debtor filed and served a Notice of Motion indicating that the hearing date is April 27, 2010.

   8.    On March 25, 2010, FCC obtained an order from the State Court continuing the final State Court status conference to November 29, 2010 and continuing the State Court trial date to December 8, 2010.

   9.    In light of the foregoing, the Debtor and FCC now seek additional time to conclude their negotiations with respect the Settlement Agreement, and contemplate doing so within the next week.

   **WHEREFORE**, it is hereby stipulated by and among the Debtor and FCC, through their respective attorneys, that, upon entry of an order granting this Stipulation:

   A.    The hearing on the Preliminary Injunction Motion is continued to May 27, 2010, at 10:00 a.m., or to such other date and time thereafter as is convenient to the Court;

   B.    Deadlines to file and serve briefs in advance of the continued hearing on the Preliminary Injunction Motion shall be extended and shall be pursuant to the Local Bankruptcy Rules, based on the continued hearing dates; and

1      C.     FCC's deadline to respond to the Complaint shall be extended to May 22, 2010.

3    Date: April 13, 2010                              PEITZMAN, WEG & KEMPINSKY LLP

5                                          By:    /s/ Louis E. Kempinsky
                                                 Louis E. Kempinsky
                                                 John C. Keith
                               Attorneys for FCC, LLC d/b/a First Capital
                               Western Region, LLC

9    Date: April 13, 2010                              ERVIN COHEN & JESSUP LLP

By:_____
                                               Michael S. Kogan
                                               Peter F. Jazayeri
                               Attorneys for Centerstone Diamonds, Inc. and
                               Michael Beaudry, Inc.

C.  FCC's deadline to respond to the Complaint shall be extended to May 22, 2010.

Date: April 12, 2010                                   PEITZMAN, WEG & KEMPINSKY LLP


By:  /s/ Louis E. Kempinsky
     Louis E. Kempinsky
     John C. Keith
Attorneys for FCC, LLC d/b/a First Capital
Western Region, LLC


Date: April 12, 2010                                   ERVIN COHEN & JESSUP LLP



By:
     Michael S. Kogan
     Peter F. Jazayeri
Attorneys for Centerstone Diamonds, Inc. and
Michael Beaudry, Inc.

-4-

| In re: CENTERSTONE DIAMONDS, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-23944-VZ |
| | ADV. CASE NO.: 2:10-ap-01345-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing document described **STIPULATION CONTINUING HEARING ON MOTION FOR A PRELIMINARY INJUNCTION AND EXTENDING DEADLINE TO RESPOND TO ADVERSARY COMPLAINT**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 13, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Julian I Gurule**    jgurule@pwkllp.com, jkeith@pwkllp.com
- **Peter F Jazayeri**    pjazayeri@ecjlaw.com, pjazayeri@ecjlaw.com
- **Louis E Kempinsky**    lkempinsky@pwkllp.com
- **Michael S Kogan**    mkogan@ecjlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 13, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by First Class Mail**
Honorable Vincent P. Zurzolo
Judge of the United States Bankruptcy Court
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                           F 9013-3.1

| In re: CENTERSTONE DIAMONDS, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-bk-23944-VZ |
| | ADV. CASE NO.: 2:10-ap-01345-VZ |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 13, 2010 | Cory Benjamin | /s/ Cory Benjamin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**