1  Michael S. Kogan (SBN 128500)
   **ERVIN, COHEN & JESSUP LLP**
2  9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212-2974
3  Telephone (310) 273-6333
   Facsimile (310) 859-2325
4  mkogan@ecjlaw.com

5  Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-23944-VZ |
| CENTERSTONE DIAMONDS, INC., | Chapter 11 (Jointly Administered With 2:09-bk-23945-VZ) |
| Debtor.  *Jointly Administered with* | Adv No. 2:10-ap-01345-VZ |
| In re MICHAEL BEAUDRY, INC., | **NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION AGAINST FCC, LLC** |
| Debtor. | |
| ☐ *Applies only to Centerstone Diamonds, Inc.*  ☐ *Applies only to Michael Beaudry, Inc.* | Date:  July 22, 2010  Time:  11:00 a.m.  Place: Courtroom 1368  255 E. Temple Street  Los Angeles, CA 90012 |
| CENTERSTONE DIAMONDS, INC. and MICHAEL BEAUDRY, INC., | |
| Plaintiffs, | |
| v. | |
| FCC, LLC, a Florida limited liability company dba FIRST CAPITAL WESTERN REGION, LLC, | |
| Defendant. | |

**PLEASE TAKE NOTICE THAT,** Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry Inc. ("MBI"), the debtors and debtors in possession herein in these jointly administered bankruptcy cases (the "Debtor") hereby withdraw the Motion for A Preliminary Injunction

IDOCS:12999.3:1055394.1
NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION AGAINST FCC, LLC

1 | Against FCC, LLC ("FCC") (the "Motion") scheduled for hearing on **July 22, 2010** at 11:00 a.m.,
2 | pursuant to Local Bankruptcy Court Rule 9013-1(k).
3 | DATED: June 4, 2010                    ERVIN COHEN & JESSUP LLP
4 |
5 |
6 |                                        By:  /s/ Michael S. Kogan
                                                Michael S. Kogan
                                                Attorneys for Centerstone Diamonds, Inc. and
7 |                                             Michael Beaudry, Inc.

| | |
|---|---|
| In re: CENTERSTONE DIAMONDS INC.<br>    *(Jointly Administered with)*<br>In re: MICHAEL BEAUDRY, INC.<br><br>                                                                    Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ<br>*(Jointly Administered with)* 2:09-bk-23945-VZ<br>Adversary No. 2:10-ap-01345-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing documents described as: NOTICE OF WITHDRAWAL OF MOTION FOR A PRELIMINARY INJUNCTION AGAINST FCC, LLC will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On June 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 4, 2010 | Kimberly Anthony | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

IDOCS:12999.3:1025618.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| | |
|---|---|
| In re: CENTERSTONE DIAMONDS, INC.<br>*(Jointly Administered with)*<br>In re: MICHAEL BEAUDRY INC.<br><br>                                                                    Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 2:09-bk-23944-VZ<br>(Jointly Administered With 2:09-bk-23945-VZ) |

**ADDITIONAL SERVICE INFORMATION (if needed):**

<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>

Louis E Kempinsky on behalf of Creditor FCC LLC - lkempinsky@pwkllp.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov
Julian I Gurule on behalf of Interested Party Courtesy NEF - jgurule@pwkllp.com, jkeith@pwkllp.com

<u>Via U.S. Mail</u>

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
255 E. Temple St. #1360
Los Angeles, CA 90012

Debtors

Centerstone Diamonds Inc.
323 W. 8th St.
Los Angeles, CA 90014

Michael Beaudry Inc.
323 W. 8th St.
Los Angeles, CA 90014

IDOCS:12999.3:1025618.1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1