| | |
|---|---|
| 1 | Michael S. Kogan (SBN 128500) |
| | **ERVIN, COHEN & JESSUP LLP** |
| 2 | 9401 Wilshire Boulevard, Ninth Floor |
| | Beverly Hills, California 90212-2974 |
| 3 | Telephone  (310) 273-6333 |
| | Facsimile  (310) 859-2325 |
| 4 | mkogan@ecjlaw.com |
| 5 | Attorneys for Debtor |
| 6 | Louis E. Kempinsky (State Bar No. 90068) |
| | *lkempinsky@pwkllp.com* |
| 7 | John C. Keith (State Bar No. 229755) |
| | *jkeith@pwkllp.com* |
| 8 | PEITZMAN, WEG & KEMPINSKY LLP |
| | 10100 Santa Monica Boulevard, Suite 1450 |
| 9 | Los Angeles, CA  90067 |
| | Telephone: (310) 552-3100 |
| 10 | Facsimile: (310) 552-3101 |
| 11 | Attorneys for FCC, LLC |
| | d/b/a First Capital Western Region, LLC |

**FILED & ENTERED**

JUN 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re CENTERSTONE DIAMONDS, INC., | Case No. 2:09-bk-23944-VZ |
| Debtor. | (Jointly Administered with 2:09-bk-23945 VZ) |
| *Jointly Administered with* | Chapter 11 |
| In re MICHAEL BEAUDRY, INC., | Adv No. 2:10-ap-01345-VZ |
| Debtor. | **ORDER GRANTING, IN PART, STIPULATION EXTENDING DEADLINE TO RESPOND TO ADVERSARY COMPLAINT** |
| ☐ *Applies only to Centerstone Diamonds, Inc*<br>☐ *Applies only to Michael Beaudry, Inc.* | Date:    July 22, 2010<br>Time:    10:00 a.m.<br>Place:   Courtroom 1368 |

1  The Stipulation Extending Deadline To Respond To Adversary Complaint (the "Stipulation") was
2 filed by Centerstone Diamonds, Inc. ("CDI") and Michael Beaudry Inc. ("MBI"), the debtors and debtors
3 in possession herein in these jointly administered bankruptcy cases (collectively, the "Debtors") and
4 FCC, LCC ("FCC"), by and through their respective attorneys, on June 4, 2010. Defined terms in the
5 Stipulation shall have the same meaning when used herein. The Court having read and considered the
6 Stipulation, and good cause appearing therefor,

7  IT IS ORDERED THAT the Stipulation is GRANTED in part, in that the deadline for FCC to
8 respond to the Complaint is extended to **June 30, 2010**.

# # #

DATED: June 11, 2010

_____
United States Bankruptcy Judge

| In re: CENTERSTONE DIAMONDS, INC. | CHAPTER 11 |
| | CASE NUMBER 2:09-bk-23944-VZ |
| Debtor(s). | ADV. CASE NO.: 2:10-ap-01345-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Peitzman, Weg & Kempinsky, LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067

The foregoing document described **Order Granting Stipulation Extending Deadline to Respond to Adversary Complaint**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 4, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by Overnight Mail**
Honorable Vincent P. Zurzolo
Judge of the United States Bankruptcy Court
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| | |
|---|---|
| In re: CENTERSTONE DIAMONDS, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-23944-VZ<br>ADV. CASE NO.: 2:10-ap-01345-VZ |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 4, 2010** | **Matthew M. Dryer** | **/s/ Matthew M. Dryer** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: CENTERSTONE DIAMONDS, INC.<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-bk-23944-VZ<br>ADV. CASE NO.: 2:10-ap-01345-VZ |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting, In Part,  Stipulation Extending Deadline to Respond to Adversary Complaint**, was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 4, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Julian I Gurule     jgurule@pwkllp.com, jkeith@pwkllp.com
- Peter F Jazayeri    pjazayeri@ecjlaw.com
- Louis E Kempinsky    lkempinsky@pwkllp.com
- Michael S Kogan    mkogan@ecjlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                         **F 9021-1.1**